UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARQUEZ HARRISON,<br>        Plaintiff,<br>    v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>        Defendants. | Case No.   5:24-cv-02090-EJD<br><br>**ORDER OF SERVICE** |

On April 9, 2024, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*. ECF No. 4.  In accordance with that Order, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve upon Defendants, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, the Court's Order at ECF No. 4, and the present Order.

**IT IS SO ORDERED.**

Dated: June 6, 2024

EDWARD J. DAVILA
United States District Judge